UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARCUS CHAMBERS

Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-572 ( )( )

Defendant ___MARCUS CHAMBERS___ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Marcus Chambers by JCM on consent

Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Print Defendant's Name

Defendant's Counsel's Signature

JAMES KOUSOUROS
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

11/16/2020
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge