USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── x

UNITED STATES OF AMERICA,

        -v-

MARCUS CHAMBERS

        **Defendant.**
──────────────────────────────── x

**ORDER**

Case No.    20 Cr. 572-NSR-1

1. On January 28, 2021, a status conference was held in the above-captioned matter.

2. During said conference, the parties discussed the provision of discovery produced thus far and the difficulties encountered in Defendant Marcus Chambers ability to review said discovery due to the current restrictions on legal visits and communication between counsel and Defendant as well as Defendant's access to the law library at the Metropolitan Detention Center, Brooklyn [hereinafter MDC].

3. In order to facilitate the review of discovery by the Defendant, the Government will provide a hard drive containing the non-sensitive discovery in this case to the MDC to enable the Defendant to review said discovery in preparation for trial.

4. Upon receipt of said hard drive, the MDC will designate three hours per day for Mr. Chambers to have access to the hard drive and discovery in the law library.

IT IS HEREBY ORDERED that Defendant Marcus Chambers shall be permitted to access the hard drive and review the discovery in this case, for a total of (3) three hours per day in the law library at the MDC.

IT IS FURTHER ORDERED that should the MDC be unable to provide (3) three hours per day for Defendant Marcus Chambers to access the hard drive and review the discovery in this case in the law library, that the MDC allocate a total of (15) fifteen hours per week for Defendant Marcus Chambers to access the hard drive and review the discovery in the law library. The (15) fifteen hours may be allocated in time periods deemed appropriate by the MDC.

Dated: February 9, 2021
      White Plains, NY

SO ORDERED.

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT COURT JUDGE