UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

          -against-

MARCUS CHAMBERS, and
DARNELL KIDD,

                    Defendants.
--------------------------------------------------------X

**ORDER**

Case No. 20 Cr. 572 (NSR)

      IT IS FURTHER ORDERED that Defendants Marcus Chambers and Darnell Kidd shall each be permitted to access the hard drive and review the discovery in this case, for a total of (3) three hours per day on the computers located on their respective units that enable review of discovery and case law at the MDC ("the specified computers").

      IT IS FURTHER ORDERED that should the MDC be unable to provide (3) three hours per day each for Defendants Marcus Chamber and Darnell Kidd to access the hard drive and review the discovery in this case on the specified computers, that the MDC allocate a total of (15) fifteen hours per week each for Defendants Marcus Chambers and Darnell Kidd to access the hard drive and review the discovery on the specified computers. The (15) fifteen hours may be allocated in time periods deemed appropriate by the MDC.

Dated: April 22, 2021
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021