# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

October 15, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2021
```

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

**MEMO ENDORSED**

Re: <u>United States v. Marcus Chambers</u>, 20 Cr. 572 (NSR)

Dear Judge Román,

We write to request a final 30-day extension with which to file motions in this case. We have been in communication with the Government and our negotiations towards a resolution of this case continue. Given the charges and Mr. Chambers' status as a sentenced individual, the negotiations are complicated, and we require additional time to attempt to finalize them. The parties agree that finalizing these negotiations is preferable to the filing of motions at this time.

Thank you for your courtesy and consideration.

Respectfully submitted,

_____/s/_____

James Kousouros, Esq.

c.c.

Christopher Brumwell
Olga Zverovich
Assistant United States Attorneys

Def. Chambers's (01) request for an extension of the motion briefing schedule (ECF No. 41) is GRANTED without objection by the Gov't as follows: moving papers shall be filed November 17, 2021; Govt's response shall be filed on December 17, 2021; and reply papers shall be filed on January 3, 2022. Counsel shall provide two hard courtesy copies to the Court as their respective papers are filed. The Clerk of Court is kindly requested to terminate the motion (ECF No. 41).

DATED: 10/18/2021
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE