UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

v.

MARCUS CHAMBERS, and
DARNELL KIDD,

              *Defendants.*

**ORDER**

20 Cr. 572 (NSR)

Upon the application of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, OLGA I. ZVEROVICH and CHRISTOPHER BRUMWELL, Assistant United States Attorneys, of counsel, with the consent of the defendants, MARCUS CHAMBERS and DARNELL KIDD, by and through their counsel of record,

WHEREAS, the Court finds that the ends of justice served by excluding time between November 18, 2021, and January 6, 2022, outweigh the best interest of the public and the defendants in a speedy trial because the exclusion will allow the parties additional time to discuss potential pretrial resolutions in this case and the defense to determine what, if any, motions are appropriate;

IT IS HEREBY ORDERED that the time from November 18, 2021, through January 6, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED:**

Dated: White Plains, New York
       Nov. 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021

_____
THE HONORABLE NELSON S. ROMÁN
United States District Judge
Southern District of New York

Clerk of Court is requested to terminate the motion (doc. 44).