**MEMO ENDORSED**

# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

RIKI GHOSH
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

November 15, 2021

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    **United States v. Marcus Chambers**, 20 Cr. 572 (NSR) -01

Dear Judge Román,

    We write with the consent of the Government to request an additional 21-day extension with which to file motions in this case. We are in receipt of a proposed plea agreement and require this requested additional time to review it with Mr. Chambers.

    We consent to the exclusion of time for speedy trial purposes.

    Thank you for your courtesy and consideration.

    Respectfully submitted,

    _____/s/_____

    James Kousouros, Esq.

c.c.

Christopher Brumwell
Olga Zverovich
Assistant United States Attorneys

Deft. Chambers's (01) request for an extension of the motion briefing schedule is GRANTED with consent of the Gov't as follows: moving papers shall be filed Dec. 6, 2021; Govt's response shall be filed on Dec. 22, 2021; and reply papers shall be filed on Jan. 3, 2022. **No further extensions.** Clerk of Court is requested to terminate the motion (doc. 43).
Dated: Nov. 16, 2021
    White Plains, NY

SO ORDERED:

[signature]

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021