**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 31, 2022

> The Govt's request to adjourn the in-person Sentencing from June 16, 2022 until July 15, 2022 at 10 am is GRANTED with consent of the Deft. Clerk of Court is requested to terminate the motion at ECF No. 61.
> Dated: White Plains, NY
>            May 31, 2022
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

<u>VIA ECF</u>

The Honorable Nelson S. Román
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:   *United States v. Marcus Chambers*, S1 20 Cr. 572 (NSR)

Dear Judge Román:

      For scheduling reasons, the Government respectfully requests that the Court adjourn the sentencing of defendant Marcus Chambers, currently scheduled for June 16, 2022. The Government understands from Your Honor's Chambers that the Court is available on July 15, 2022, at 10 a.m. The parties are available on this date and time, and the defendant consents to the requested adjournment.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

By:  *[signature]*
      _____
      Christopher Brumwell
      Olga I. Zverovich
      Assistant United States Attorneys
      (212) 637-2477 / 2514

cc: Defense counsel (by ECF)

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2022