# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

STUART GOLD
SENIOR COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

**MEMO ENDORSED**

June 28, 2022

<u>BY ECF</u>

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *United States v. Marcus Chambers*, **20 Cr. 572 (NSR)** -01

Dear Judge Román,

This letter is respectfully submitted with the consent of the Government to request an adjournment of the sentence in reference to the above-captioned matter scheduled for July 15, 2022, to October 3, 2022, at 10:00 a.m.

The undersigned has a scheduling conflict on July 15, 2022, and the additional time will also permit the undersigned to continue to gather materials necessary to prepare a sentencing memorandum on behalf of Mr. Chambers.

Thank you for your courtesy and consideration.

Respectfully submitted,

/s/James Kousouros
James Kousouros, Esq.

c.c.

Christopher Brumwell
Olga Zverovich
Assistant United States Attorneys

Deft's request to adjourn the in-person Sentencing from July 15, 2022 until Oct. 3, 2022 at 10:00 am is GRANTED with the Govt's consent. Clerk of Court is requested to terminate the motion at ECF No. 63.
Dated: White Plains, NY
         June 29, 2022

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2022